UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREASHEER D. ALLISON,

Plaintiff,

v.

SJL CLEANING SERVICES LLC, and
LABORERS LOCAL UNION 1191,

Defendants.
_______________________________/

Case No. 4:26-cv-13832

F. Kay Behm
United States District Judge

# JUDGMENT

In accordance with the Opinion and Order issued on November 17, 2026, the case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: November 17, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge